IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MARTHA JANE JOHNSON, #202230, )<br>)<br>    Petitioner, )<br>)<br>v. )<br>)<br>GLADYS DEESE, *et al.*, )<br>)<br>    Respondents. ) | CIVIL ACTION NO. 1:02cv1131-H |

**ORDER**

This cause is before the court on a limited order of remand from the United States Court of Appeals for the Eleventh Circuit for a determination of the date of filing of Petitioner's notice of appeal. (Doc. No. 69.) On October 17, 2005, the Magistrate Judge to whom this case was referred held an evidentiary hearing for purposes of ascertaining the date of filing. At the evidentiary hearing, Petitioner testified that she delivered her notice of appeal to prison authorities on April 26, 2005, two days prior to the date on which the notice of appeal was due. Her testimony was uncontroverted. Accordingly, the Magistrate Judge recommends that this court find that Petitioner filed her notice of appeal on April 26, 2005. No objections have been filed to the Recommendation.

Upon an independent review of the file in this case and upon CONSIDERATION of the Recommendation of the Magistrate Judge, it is ORDERED that said Recommendation

is hereby ADOPTED and it is the finding of the court that Petitioner filed her notice of appeal on April 26, 2005.

The clerk is DIRECTED to return the record, as herein supplemented, to the Court of Appeals for further proceedings.

DONE this 4th day of November, 2005.

                                      /s/ Truman M. Hobbs
                                      SENIOR UNITED STATES DISTRICT JUDGE